IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER DEGROOT, | CASE NO. 4:23-cv-03041-JMG-MDN |
| Plaintiffs, | |
| v. | **DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP** |
| NEBRASKA BOOK COMPANY, INC.; NEBRASKA BOOK HOLDINGS, INC | |
| Defendants | |

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant Nebraska Book Company, Inc. makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐     This party is an individual.

☐     This party is a publicly held corporation or other publicly held entity.

X     This party has parent corporations.
            If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

            Nebraska Book Intermediate Holdings, Inc., parent corporation
            Nebraska Book Holdings, Inc., grandparent corporation

☐     Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

            If yes, identify all such owners:

☐     Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

            If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

☐ This party is an unincorporated association or entity.
If yes, identify the members of the entity and their states of citizenship:

Additional information:

Date: April 28, 2023

>NEBRASKA BOOK COMPANY, INC. and NEBRASKA BOOK HOLDINGS, INC.,
>Defendants,
>
>By: */s/Patrice D. Ott*
>Margaret C. Hershiser, Neb. Bar #19545
>Patrice D. Ott, Neb. Bar #24435
>KOLEY JESSEN P.C., LLO
>1125 South 103 Street, Suite 800
>Omaha, NE 68124
>(402) 390-9500;
>(402) 390-9005 (facsimile)
>Margaret.hershiser@koleyjessen.com
>Patrice.ott@koleyjessen.com
>***Attorneys for Defendants.***

### CERTIFICATE OF SERVICE

On the April 28, 2023, I electronically filed the above and foregoing with the Clerk of the U.S. District Court using the CM/ECF system , which sent notice of its filings to all counsel of record.

>*/s/Patrice D. Ott*
>Patrice D. Ott