## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTOPHER DEGROOT,** | |
| **Plaintiff,** | 4:23CV3041 |
| vs. | ORDER TO SHOW CAUSE |
| **NEBRASKA BOOK COMPANY, INC., and NEBRASKA BOOK HOLDINGS, INC.,** | |
| **Defendants.** | |

The records of the Court show that on March 29, 2023, a letter (Filing No. 5) was sent to the following attorney from the Office of the Clerk directing that he obtain admittance to practice in this district and register for the Case management/Electronic Case Filing System ("System"):

> **Samuel J. Strauss**
> **TURKE, STRAUSS LLP**
> **613 Williamson Street**
> **Suite 201**
> **Madison, WI 53703**

**IT IS ORDERED** that on or before May 16, 2023, the attorney listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Samuel J. Strauss being removed as counsel of record.

Dated this 2nd day of May, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge