**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **CHRISTOPHER DEGROOT, on behalf of himself and all others similarly situated; and STEVEN SHOWALTER, on behalf of himself and all others similarly situated;**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**NEBRASKA BOOK COMPANY, INC., NEBRASKA BOOK HOLDINGS, INC., and CONCISE CAPITAL MANAGEMENT, LP,**<br><br>**Defendants.** | **4:23CV3041**<br><br><br>**ORDER** |

Counsel for the parties have advised the court that mediation has been scheduled for July 2, 2026, with Michael Mullin.  Accordingly,

**IT IS ORDERED**:

1.    On or before **July 7, 2026**, the parties shall notify the Court regarding the outcome of mediation.

2.    The deadlines, pretrial conference and trial will remain as scheduled in the Trial Setting Order at Filing No. 216.

Dated this 19th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge