**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **CHRISTOPHER DEGROOT, on behalf of himself and all others similarly situated; and STEVEN SHOWALTER, on behalf of himself and all others similarly situated;**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**NEBRASKA BOOK COMPANY, INC., NEBRASKA BOOK HOLDINGS, INC., and CONCISE CAPITAL MANAGEMENT, LP,**<br><br>**Defendants.** | **4:23CV3041**<br><br><br>**ORDER** |

This matter is before the Court on the Second Motion to Withdraw as Counsel of Record (Filing No. 218) filed by Margaret C. Hershiser, Patrice D. Ott, Marin T. Coughlin and the law firm of Koley Jessen, P.C., L.L.O., counsel for defendants Nebraska Book Company, Inc. and Nebraska Book Holdings, Inc.  The Court held a sealed hearing with withdrawing counsel on the motion on May 19, 2026.  After review,

**IT IS ORDERED:**

1. The Second Motion to Withdraw as Counsel of Record (Filing No. 218) filed by Margaret C. Hershiser, Patrice D. Ott, Marin T. Coughlin and the law firm of Koley Jessen, P.C., L.L.O. is granted.

2. Withdrawing counsel shall immediately serve a copy of this Order upon their clients, and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent.  Withdrawing counsel will not be relieved of applicable duties to the Court, their clients, and opposing counsel until such proof of service is filed.

3. The Clerk of Court shall terminate electronic notice to withdrawing counsel upon filing of the Certificate of Service required by Paragraph 2.

4. Corporate entities cannot litigate in this forum without representation by licensed counsel.  See *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994). Nebraska Book Company, Inc. and Nebraska Book Holdings, Inc. are hereby notified

that its non-attorney members cannot continue to represent their interests in this court or at trial without licensed counsel.

Dated this 19th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge
