# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHRISTOPHER DEGROOT, on behalf of himself and all others similarly situated; and STEVEN SHOWALTER, on behalf of himself and all others similarly situated;**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**NEBRASKA BOOK COMPANY, INC., NEBRASKA BOOK HOLDINGS, INC., and CONCISE CAPITAL MANAGEMENT, LP,**<br><br>**Defendants.** | **4:23CV3041**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. The deadline for filing a motion for approval of the parties' class settlement is **August 14, 2026**; and

2. All hearings are terminated and proceedings and deadlines are stayed except those in connection of the approval of the class settlement.

Dated this 14th day of July, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge